# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5153**                    **September Term, 2023**

**1:18-cv-01214-RC**

**Filed On:** July 15, 2024

Patricia A. Allen,

      Appellant

    v.

Janet L. Yellen, Official Capacity as Secretary
of the Treasury,

      Appellee


**BEFORE:**     Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges


## <u>O R D E R</u>

Upon consideration of the petition for rehearing en banc, the absence of a request by any member of the court for a vote, and the motion for oral argument, it is

**ORDERED** that the motion for oral argument be denied.  It is

**FURTHER ORDERED** that the petition for rehearing en banc be denied.

### <u>Per Curiam</u>


**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Daniel J. Reidy
Deputy Clerk